**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   REGINALD C. TYLER,                    No. C 09-4225 MHP (pr)

9            Petitioner,                  **JUDGMENT**

10       v.

11  ADAMS, warden,

12            Respondent.
                                    /
13

14       This action is dismissed because it was not filed before the expiration of the

15  limitations period.

16       IT IS SO ORDERED AND ADJUDGED.

17  DATED: November 12, 2010
                                    _____
18                                  Marilyn Hall Patel
                                    United States District Judge
19

20

21

22

23

24

25

26

27

28